```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

LEROY GIBBS

---

22 CR 534 (CM)

### ORDER

Upon consideration of the Government's unopposed motion for an order directing the defendant to pay and the Clerk of Court to accept presentence payments toward the criminal monetary penalties to be imposed against the defendant in this case, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of Court shall receipt payments submitted by or on behalf of the defendant and maintain such payments on deposit until the time of sentencing; and it is further

ORDERED that, pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment, the Clerk of Court shall withdraw and apply the deposited funds to the criminal financial obligations imposed against the defendant as provided by law and in accordance with the Clerk's standard operating procedures.

**SO ORDERED.**

Dated:  New York, New York
        October ___, 2022
        November 10

_____
THE HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE